STATE EX REL. FENNIG *v.* ADAMS CIRCUIT COURT ET AL.

[No. 27,638.   Filed November 6, 1941.]

*Malcolm V. Skinner* and *Ernest E. Chenoweth,* both of Portland, for relator.

PER CURIAM.—This is a petition seeking a writ prohibiting the respondents from exercising further jurisdiction of a drainage petition.

The writ is denied upon authority of *State ex rel. Kister et al.* v. *DeVoss* (1937), 212 Ind. 541, 10 N. E. (2d) 287, which involved the same drainage proceeding, and in which it was held that the respondents in this case had power to determine the judicial questions involved.